UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WALTERSCHEID et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>CITY OF EL MONTE,<br><br>　　　　　　Defendant. | Case No.: EDCV 18-1112-GW-AFMx<br><br>**ORDER TO CONTINUE OSC RE: SETTLEMENT** |

　　　The Court having read the Stipulation of the Parties to continue the Order to Show Cause Re: Settlement, and good cause appearing, IT IS HEREBY ORDERED:

　　　1.　　The Order to Show Cause Re: Settlement hearing scheduled for June 24, 2019 at 8:30 a.m. is reset until July 1, 2019 at 8:30 a.m.;

///

///

///

///

2. If a Joint Stipulation to Dismiss is filed by noon on June 28, 2019, the Order to Show Cause Re: Settlement hearing scheduled for July 1, 2019 will be vacated.

IT IS SO ORDERED.

Dated: June 21, 2019

_____
HONORABLE GEORGE H. WU,
UNITED STATES DISTRICT JUDGE