JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WALTERSCHEID et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>CITY OF EL MONTE,<br><br>          Defendant. | Case No.: EDCV 18-1112-GW-AFMx<br><br>**ORDER FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE** |

The Court has carefully reviewed the Settlement Agreement, the relevant Exhibits thereto, the Stipulation of the Parties and this Proposed Order.  Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

    1.    The Parties' Settlement Agreement is approved as a fair, reasonable and just negotiated resolution to the current disputes between the Parties as set forth in the First Amended Complaint, and the Parties shall perform the Settlement Agreement in accordance with its terms;

    2.    The Court reserves jurisdiction over this Action for the purpose of

enforcing the Settlement Agreement;

3. The Court has made no findings or determination regarding the law, and the Stipulation and this Order, the Settlement Agreement and any Exhibits, and any of the other documents or written materials prepared in conjunction with the Stipulation and this Order, shall not constitute evidence of, or any admission of, any violation of the law; and,

4. This Action is hereby dismissed with prejudice. The clerk shall close this case.

IT IS SO ORDERED.

Dated: June 25, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE